CHARLES JOHNSON et al., Respondents, *v.* WILLIAM MEYER, Appellant.

(Argued October 8, 1935; decided October 22, 1935.)

*Benjamin Kaplan* for appellant.

*Friend H. Miller* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ.   Not voting: CROUCH, J.